August 9, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ELEFTHERIOS KALDIS, Appellant

NO. 14-11-00607-CV                    V.

U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION, A SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2007-FF1, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, U.S. Bank National Association, as Successor Trustee to Bank of America, National Association, a Successor by Merger to Lasalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates, Series 2007-FF1, signed June 13, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Eleftherios Kaldis, to pay all costs in this appeal. We further order the decision certified below for observance.